IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN W HANSON III,

    Plaintiff,

v.

JEFF SCHMITT AUTO GROUP, et al.,

    Defendants.

Case No. 3:24-cv-276

JUDGE WALTER H. RICE

---

**DECISION AND ENTRY OVERRULING AS MOOT THE MOTION TO DISMISS FILED BY DEFENDANTS TOM GREEN, JEFF SCHMITT AUTO GROUP, JAY SCHMITT, TONY BROADSTONE, NICK SMITH, NICK MARKOFF, HUNTER ALSIP, RICHARD ROE -1, AND RICHARD ROE-2 (DOC. #23)**

---

This matter comes before the Court on the Motion to Dismiss by Defendants Tom Green, Jeff Schmitt Auto Group, Jay Schmitt, Tony Broadstone, Nick Smith, Nick Markoff, Hunter Alsip, Richard Roe -1, Richard Roe-2 ("the Jeff Schmitt Defendants"). Doc. #23. The basis for this motion is that Plaintiff's Amended Complaint, filed January 31, 2025, was not filed with leave of Court and should therefore be dismissed. After the motion to dismiss was filed, the Court *nunc pro tunc* granted Plaintiff leave to file the applicable amended complaint. Doc. #25.

Therefore, because Plaintiff's Amended Complaint was filed with leave of Court, the Motion to Dismiss is **OVERRULED.**

Date: 2/21/2025

                                                _Walter H. Rice_
                                                JUDGE WALTER H. RICE
                                                UNITED STATES DISTRICT JUDGE